**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
ROSALIE ZAVALA,                )    No. CV 04-1002 (CW)
                               )
          Plaintiff,           )    JUDGMENT
                               )
     v.                        )
                               )
JO ANNE B. BARNHART,           )
Commissioner, Social Security  )
Adminstration,                 )
                               )
          Defendant.           )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: November 29, 2005


                                    _/s/_____
                                       CARLA M. WOEHRLE
                                    United States Magistrate Judge